UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-23099-CIV-GOLD/DUBE

ALFREDA L. WILLIAMS,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

### ORDER AFFIRMING AND ADOPTING DECISION OF MAGISTRATE JUDGE DUBE [DE 21]; GRANTING PLAINTIFF'S SUMMARY JUDGMENT MOTION [DE 19] IN PART, DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [DE 18], REVERSING THE DECISION OF THE COMMISSIONER AND REMANDING THE CASE FOR FURTHER EVALUATION

THIS CAUSE is before the Court upon Magistrate Judge Dube's Report and Recommendation **[DE 21]** ("the Report"), which recommends that Plaintiff, Alfreda Williams's Motion for Summary Judgment in the above-styled action **[DE 19]** be granted in part, and that the United States's Motion for Summary Judgment **[DE 18]** be denied. Neither party filed any objections to the Report. This case stems from Plaintiff's claims for disability benefits under Title II and Title XVI of the Social Security Act on February 16, 2005 and February 28, 2005. **[DE 1]**. Following the initial and reconsideration denials of the applications, Plaintiff requested a hearing before an Administrative Law Judge (ALJ), who issued an unfavorable decision on September 8, 2008. **[DE1]**. Upon exhausting her administrative remedies, Plaintiff sought judicial review of the Social Security Commissioner's final decision to deny her benefits. **[DE 1]**. Subsequently, Defendant filed a motion for summary judgment. **[DE 18]**. In response to Defendant's motion, Plaintiff also

moved for summary judgment. **[DE 19]**. Having carefully considered the relevant submissions, and upon independent review of the record and the applicable law, I conclude that the Report is well reasoned and thus, I affirm and adopt it.

Based on the foregoing, it is hereby

ORDERED AND ADJUDGED that:

1. The Magistrate's Report **[DE 21]** is ADOPTED AND AFFIRMED.

2. Plaintiff's Motion for Summary Judgment **[DE 19]** is GRANTED in Part.

3. Defendant's Motion for Summary Judgment **[DE 18]** is DENIED.

4. This Commissioner's Decision is REVERSED AND REMANDED.

DONE AND ORDERED in Chambers in Miami, Florida this 15 day of March, 2010.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Robert Dube
Counsel of record